IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LYNN DEMETRIS JONES**                                                                                    **PLAINTIFF**

v.                              Case No: 4:24-cv-01012-KGB

**MARY G. COBBS,** *et al.*                                                                                 **DEFENDANTS**

### ORDER

Before the Court is the Recommended Disposition ("Recommendation") filed by United States Magistrate Judge Edie R. Ervin on December 13, 2024 (Dkt. No. 8). After Judge Ervin filed her Recommendation, plaintiff Lynn Demetris Jones filed a motion for status update and notice of change of address (Dkt. No. 10). On January 8, 2025, the Court entered an Order granting the motion and mailing Mr. Jones a copy of the docket sheet and a copy of the Recommendation (Dkt. No. 12). The Court also gave Mr. Jones an extension of time of 21 days to file objections to the Recommendation (*Id.*).

On January 22, 2025, mail to Mr. Jones was returned undeliverable (Dkt. No. 13). The Court entered a show cause Order requesting that Mr. Jones provide the Court with a valid mailing address (Dkt. No. 14). Mr. Jones responded to the Court's show cause Order notifying the Court of his address (Dkt. No. 15). In an Order dated February 3, 2025, the Court again directed the Clerk to send Mr. Jones a copy of the docket sheet and copies of the Court's December 9, 2024, Order granting Mr. Jones's motion for leave to proceed *in forma pauperis* (Dkt. No. 4), the Court's December 11, 2024, text Order denying as moot Mr. Jones's second motion for leave to proceed *in forma pauperis* (Dkt. No. 6), and the Recommendation (Dkt. No. 8). The Court gave Mr. Jones an extension of time of 21 days from the date of the Order to file written objections to the Recommendation.

The Court has reviewed the Recommendation submitted by Judge Ervin (Dkt. No. 8). Despite being given two extensions of time, Mr. Jones has not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Jones's complaint is dismissed without prejudice (Dkt. No. 1). The relief requested is denied. The Court recommends that in the future this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 3rd day of March, 2025.

_____
Kristine G. Baker
Chief United States District Judge